FILED
2:34 pm Dec 03 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHANCE MOYER, | ) | Case No. 1:24-CV-304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| NANOGATE NORTH AMERICA, LLC, | ) | REUBEN J. SHEPERD |
| | ) | |
| Defendant. | ) | **DISMISSAL ORDER** |
| | ) | |

The Court assisted the parties in resolving their claims during a video settlement conference in the captioned case on November 12, 2024. The case is dismissed with prejudice, with all parties to bear their own costs. The Court retains jurisdiction to enforce the terms of the settlement and execution of the agreement. Notice by the Clerk of Courts is hereby waived.

**IT IS SO ORDERED.**

Dated: November 13, 2024

                                                                                                12/3/2024
Dan Aaron Polster
United States District Judge

_____
chance Moyer (Nov 28, 2024 10:22 EST)
Plaintiff Chance Moyer

_____
Defendant Nanogate North America, LLC

_____
Lori M. Griffin (Nov 26, 2024 10:23 EST)
Counsel for Plaintiff

_____
Counsel for Defendant